IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANELLE PENN, *et al.*, | * |
| | * |
|     Plaintiffs, | * |
| | * |
| v. | *    Civil Case No. SAG-19-2873 |
| | * |
| LOVING CARE SERVICES, INC., | * |
| | * |
|     Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

I have reviewed the Motion to Dismiss Claims filed by Plaintiffs Janelle Penn, Curtis Holmes, Tyecha Counts, and Angela Russell, ECF 16, the opposition filed by Defendant Loving Care Nursing Services, Inc., ECF 18, and Plaintiffs' Reply, ECF 19. In light of Defendant's Opposition to dismissal without prejudice, the moving Plaintiffs consent to dismissal of their claims with prejudice, except without prejudice to their right to proceed with the claims asserted by the Department of Labor in *Scalia v. Loving Care Services, Inc.,* Case No 18-cv-2427-DKC (D. Md. Aug. 8, 2018) ("the DOL action"). ECF 19, ¶ 4. Because the Court agrees that these Plaintiffs' claims should be dismissed with prejudice, no award of attorneys' fees is appropriate. *See C–Tech Corp. v. Aversion Techs.*, No. DKC–11–983, 2012 WL 3962508, at *8 (D. Md. Sept.7, 2012) (quoting *Lawrence v. Fuld*, 32 F.R.D. 329, 331 (D. Md. 1963)) ("Ordinarily, where a motion for voluntary dismissal is granted with prejudice, an award of attorneys' fees is not appropriate because there is no risk that the defendant can 'be called upon again to defend' and thus no risk of 'any duplication of expense.'").

The claims asserted by Plaintiff Tascha Williams, however, are not precluded by the DOL action. ECF 16, ¶ 5; Schedule A to Am. Compl., *Loving Care Servs.*, No. DKC-18-2427

(D. Md. filed May 29, 2019), ECF 26.  In conjunction with the Motion to Dismiss filed by her former co-Plaintiffs, Plaintiff Williams filed a Motion for Extension of Time.  ECF 16, ¶ 12.  In a footnote, Defendant conclusorily asserts that Williams's claim "should be dismissed as well." ECF 18-1 at 2 n.2.  Defendant provides no basis for this request, *id.*, nor does the Court independently discern one.  In fact, in the same footnote, Defendant states that it has no objection to the requested extension of time.  *Id.*

Accordingly, it is, this 16th day of June, 2020, hereby **ORDERED** that:

(1) The Motion to Dismiss filed by Plaintiffs Janelle Penn, Curtis Holmes, Tyecha Counts, and Angela Russell, ECF 16, is **GRANTED**.  Each of these Plaintiff's claims are **DISMISSED WITH PREJUDICE**, except without prejudice to their right to proceed with their claims in the DOL action; and

(2) The Motion for Extension of Time filed by Plaintiff Tascha Williams, ECF 16, is **GRANTED**.  As to Williams's claims, the discovery deadline is **EXTENDED** to **August 27, 2020**, and the dispositive motions deadline is **EXTENDED** to **September 24, 2020**.

_____/s/_____
Stephanie A. Gallagher
United States District Judge